UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00279-CDS-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| KENNETH EARL SMITH, JR., | |
| Defendant. | |

Before the Court are Defendant's Motions for Return of Property and Judicial Recommendation. ECF Nos. 96, 97. Defendant is represented by counsel (ECF No. 67) and, therefore, may not file motions except through such counsel. U.S. District Court District of Nevada Local Rule IA 11-6(a) states: "once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." *See also United States v. Anderson*, Case No. 2:16-CR-0305-KJD-VCF, 2020 WL 2308087, at *1 (D. Nev. May 8, 2020) (denying defendant's "fugitive filing" under the Local Rules).

IT IS HEREBY ORDERED that Defendant's Motions for Return of Property (ECF No. 96) and Judicial Recommendation (ECF No. 97) are DENIED without prejudice.

Dated this 13th day of December, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE