UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Kenneth Earl Smith, Jr.,<br><br>    Defendant | Case No. 2:21-cr-00279-CDS-EJY<br><br>**Ordering Appointing Counsel** |

Defendant Kenneth Earl Smith, Jr., currently incarcerated at the Federal Correctional Institution, Jesup, moves for compassionate release under 18 U.S.C. Section 3582(c)(1)(A) (the "FIRST STEP Act"). ECF No. 99.

Under this District's General Order 2020-06, it is hereby ordered that the Federal Public Defender of Nevada is presumptively appointed to represent Smith, Jr. for the purposes of this motion. *See* Second Amended General Order 2020-06. The FPD must either file "a supplement to the defendant's pro se motion within thirty days" of the issuance of this order or if a defendant's motion needs no supplementation, "a notice stating so within fourteen days" of the issuance of this order. *Id.* If the FPD has a prohibitive conflict, and has determined the motion would not be frivolous, the FPD will file a motion requesting that CJA counsel be appointed. *Id.* at 2. The United States Attorney's Office must file a response within fourteen days of the FPD filing a supplement or notice of non-supplementation to a pro se motion. *Id.*

The Clerk of Court is kindly instructed to provide a copy of this order to the Federal Public Defender's office.

Dated: May 23, 2024

_____
Cristina D. Silva
United States District Judge