1

2                      UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
3

4    United States of America,                    Case No. 2:21-cr-00279-CDS-EJY

5                     Plaintiff                **Order Resolving Pending Motions**

6    v.

7    Kenneth Earl Smith, Jr.,
                                                  [ECF Nos. 116, 117, 120]
8                     Defendant

9

10          On April 15, 2025, the court held a hearing to address several motions filed by supervisee

11   Kenneth Smith, Jr. related to a recent modification to the conditions of his supervised release (ECF

12   Nos. 116, 117, 120). Smith was represented by the Federal Public Defender's Office at the hearing.[1]

13   Because one motion was Smith's request to withdraw his waiver of a hearing to modify the

14   conditions of his supervised release, I also conducted an evidentiary hearing. The transcript of the

15   April 15 hearing is incorporated by reference into this order.

16          At the conclusion of the hearing, I found by a preponderance of the evidence that Smith

17   had violated the conditions of his supervised release. As a result, and after considering the factors

18   set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and

19   (a)(7), I found that modification of Smith's conditions was appropriate, so I reimposed the

20   requested modification of adding a curfew enforced by location monitoring. *See* Req. for

21   modification, ECF No. 112; Order granting req., ECF No. 115. However, I reduced the time for that

22   modification from ninety days to sixty days.

23

24

25

---

26   [1] *See* Order granting Smith's mot. for appointment of counsel. ECF No. 126. The day after the evidentiary
     hearing, the Federal Public Defender's Office filed a motion to withdraw, citing a conflict of interest. ECF
     No. 128. The court will enter a separate order resolving that motion.

1

## Conclusion

2      IT IS THEREFORE ORDERED that Smith's motion for reconsideration [ECF No. 116] is

3 **GRANTED in part**. The court reimposes the modification of a curfew with location monitoring as

4 set forth in ECF No. 115 but amends the time for the modification from ninety days to sixty days.

5      IT IS FURTHER ORDERED that Smith's motion to withdraw waiver [ECF No. 117] is

6 **GRANTED**.

7      IT IS FURTHER ORDERED that Smith's motion to strike [ECF No. 120] is DENIED.

8      Dated: April 18, 2025

9

10      _____
        Cristina D. Silva
        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26