# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:21-cr-00279-CDS-EJY |
| Plaintiff | **Order Granting Motion to Withdraw** |
| v. | |
| Kenneth Earl Smith, Jr., | [ECF No. 128] |
| Defendant | |

On April 15, 2025, the court held a hearing to address several motions filed by supervisee Kenneth Smith, Jr. related to a recent modification to the conditions of his supervised release. Smith was represented the Federal Public Defender at the hearing. Now, the Federal Public Defender's office moves to withdraw from the case, citing a conflict of interest. Mot. to withdraw, ECF No. 128. I find there is good cause to grant the motion.

IT IS THEREFORE ORDERED that the Federal Public Defender's motion to withdraw [ECF No. 128] is GRANTED.

Dated: April 18, 2025

_____
Cristina D. Silva
United States District Judge